IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZIEGO GOODMAN,<br>on behalf of himself and others similarly situated,<br>                Plaintiff,<br><br>            v.<br><br>C&S WHOLESALE GROCERS, LLC,<br>                Defendant. | Civil No. 5:24-cv-04680-JMG |

**ORDER**

**AND NOW**, this 5th day of June, 2025, upon consideration of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Other Related Relief (ECF No. 23), the accompanying Class Action Settlement Agreement (ECF No. 23-1), and all other papers and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion (ECF No. 23) is **GRANTED**.

1. The settlement of this action is **PRELIMINARILY APPROVED** because it appears that, at the final approval stage, the Court "will likely be able to" approve the settlement under the criteria described in Federal Rule of Civil Procedure ("Civil Rule") 23(e)(2) and certify the settlement class under Civil Rule 23(a) and (b)(3). See Fed. R. Civ. P. 23(e)(1)(B)(i)-(ii).

2. The "Notice of Settlement" form ("Notice Form") attached to the Agreement as Exhibit A and the notice protocols described in Paragraph 7 of the Agreement are approved pursuant to Civil Rule 23(c)(2)(B). The Notice Forms shall be sent to all class members.

3. Individuals who wish to exclude themselves from the settlement must follow the procedures described in Paragraph 8 of the Agreement and Section 7 of the Notice Form.

4. Individuals who wish to object to the settlement must follow the procedures described

in Paragraph 9 of the Agreement and Section 8 of the Notice Form.

5. Winebrake & Santillo, LLC is appointed interim class counsel per Civil Rule 23(g)(3) and shall ensure that the notice process contemplated by the Agreement is followed.

6. Pursuant to Civil Rule 23(e)(2), a hearing addressing final approval of the settlement will be held on **Tuesday, October 7, 2025 at 9:30 a.m.**, at 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania. During this hearing, the Court will hear from any objectors or other class members who wish to address the Court and will hear argument from class counsel regarding, *inter alia*, the following issues: whether the settlement is fair and reasonable and warrants final approval under Civil Rule 23(e)(2); whether the service award described in the Agreement should be approved; and whether the attorney's fees and costs sought by class counsel should be approved under Civil Rule 23(h).

7. Seven calendar days prior to the final approval hearing, class counsel shall file all papers in support of the final approval of the settlement and the associated issues described in Paragraph 6 above.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge