IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZIEGO GOODMAN, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>C&S WHOLESALE GROCERS, LLC,<br><br>    Defendant. | 5:24-cv-04680-JMG |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AND OTHER RELATED RELIEF**

In this class action lawsuit, Plaintiff Ziego Goodman ("Plaintiff") files this motion seeking final approval of the settlement of this class action lawsuit, which alleges that Defendant C&S Wholesale Grocers LLC ("Defendant" or "C&S") violated the Pennsylvania Minimum Wage Act ("PMWA") by failing to pay him and other warehouse employees overtime wages for pre-shift and post-shift activities within Defendant's Bethlehem, Dubois, Robesonia, York, and ES3 warehouses in Pennsylvania (hereafter, the "Pennsylvania warehouses"). *See generally* ECF No. 1. Defendant denies liability. Yet, like Plaintiff, Defendant has agreed to settle the dispute in order to avoid the risk, delay, and expense of continued litigation.

For the reasons set forth in Plaintiff's accompanying memorandum of law, Plaintiff respectfully requests entry of an order: **(i)** approving the settlement as "fair, reasonable, and adequate" under Federal Rule of Civil Procedure ("Civil Rule") 23(e); **(ii)** certifying the settlement class under Civil Rule 23(a) and (b)(3); **(iii)** appointing Winebrake & Santillo, LLC as class counsel; **(iv)** approving the payment of $266,300 to W&S to cover attorney's fees, costs, and expenses (including Administrator expenses); and **(v)** approving Plaintiff's requested $7,500 service award.

2

**WHEREFORE**, Plaintiff respectfully asks that the Court grant this motion.

Date:  September 30, 2025			Respectfully,


						  /s/ Deirdre Aaron
						Pete Winebrake (Pa Bar No. 80496)
						Deirdre Aaron (Pa. Bar No. 323389)
						Winebrake & Santillo, LLC
						715 Twining Road, Suite 211
						Dresher, PA 19025
						(215) 884-2491

						*Plaintiff's Counsel*