IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZIEGO GOODMAN, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C&S WHOLESALE GROCERS, LLC,<br><br>　　　　　Defendant. | 5:24-cv-04680-JMG |

## ORDER

**AND NOW**, this 7th day of October, 2025, upon consideration of Plaintiff Ziego Goodman's ("Plaintiff's") Unopposed Motion for Final Approval of the Class Action Settlement and Other Related Relief ("Motion") (ECF No. 26), the accompanying Class Action Settlement Agreement ("Agreement") (ECF No. 26-1), and all other supporting papers; and the presentation of counsel during the October 7, 2025 fairness hearing, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

　　1.　　The Court, pursuant to Fed R. Civ. P. 23(a) and (b)(3), **CERTIFIES** a settlement class of all hourly paid employees at Defendant's Bethlehem, Dubois, Robesonia, York, and ES3 warehouses in Pennsylvania ("the Pennsylvania warehouses") who worked at least one week in which they were paid at least 39.75 hours between August 6, 2021 and April 5, 2025, according to Defendant's payroll data.

　　2.　　The Court **APPROVES** the settlement as "fair, reasonable, and adequate" under the criteria described in Civil Rule 23(e)(2).

　　3.　　The Court appoints the law firm of Winebrake & Santillo, LLC to serve as class counsel pursuant to Fed. R. Civ. P. 23(g).

4.	The Court **APPROVES** the $266,300 payment from the settlement fund to Class Counsel as compensation for all combined attorney's fees, litigation costs/expenses and settlement administration expenses. Here, after deducting $9,223.92 in costs and $39,678 in administration expenses, the $266,300 payment to class counsel results in an attorney's fee of $217,398.08. Such a fee constitutes 27.21% of the $799,000 settlement fund and is reasonable under the circumstances of this litigation when viewed against, *inter alia*, the seven factors described in *Gunter v. Ridgewood Energy Corp.*, 223 F.3d 190, 195 n.1 (3d Cir. 2000).

5.	The Court **APPROVES** the requested $7,500 service award payment from the settlement funds to Plaintiff.

6.	This action and the claims asserted herein are **DISMISSED WITH PREJUDICE**, although the Court retains jurisdiction for the limited purpose of enforcing the settlement's terms.

    /s/ John M. Gallagher
JOHN M. GALLAGHER
United States District Judge